IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Stovall, Danyell L | Case Number: 07 B 10946 |
|---|---|---|
| | Stovall Sr, Melvin D | Judge: Squires, John H |
| | Printed: 12/28/07 | Filed: 6/19/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 31, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 2,158.24 | |
| Secured: | | 1,458.83 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 582.87 |
| Trustee Fee: | | 116.54 |
| Other Funds: | | 0.00 |
| Totals: | 2,158.24 | 2,158.24 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 2,619.20 | 582.87 |
| 2. | Americredit Financial Ser Inc | Secured | 15,000.00 | 729.42 |
| 3. | Regional Acceptance | Secured | 15,000.00 | 729.41 |
| 4. | Regional Acceptance | Unsecured | 308.34 | 0.00 |
| 5. | Americredit Financial Ser Inc | Unsecured | 236.75 | 0.00 |
| 6. | Cash Mart | Unsecured | 59.10 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 71.27 | 0.00 |
| 8. | Illinois Dept Of Employment Sec | Unsecured | 436.33 | 0.00 |
| 9. | Premier Bankcard | Unsecured | 51.73 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 35.38 | 0.00 |
| 11. | Commonwealth Edison | Unsecured | 129.63 | 0.00 |
| 12. | AmeriCash Loans, LLC | Unsecured | 22.09 | 0.00 |
| 13. | American Financial Concepts | Unsecured | | No Claim Filed |
| 14. | Dotty Enterprises Inc | Unsecured | | No Claim Filed |
| 15. | Allied Interstate | Unsecured | | No Claim Filed |
| 16. | Academy Collection Service | Unsecured | | No Claim Filed |
| 17. | Global Teledata | Unsecured | | No Claim Filed |
| 18. | MCI Telecommunications | Unsecured | | No Claim Filed |
| 19. | Uptown Cash | Unsecured | | No Claim Filed |
| 20. | Midland Credit Management | Unsecured | | No Claim Filed |
| 21. | University Of Chicago Physicians | Unsecured | | No Claim Filed |
| 22. | Universal Lenders Inc | Unsecured | | No Claim Filed |
| | | | $ 33,969.82 | $ 2,041.70 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Stovall, Danyell L<br>Stovall Sr, Melvin D<br>Printed:  12/28/07 | Case Number:  07 B 10946<br>Judge:  Squires, John H<br>Filed:  6/19/07 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 116.54 |
| | _____ |
| | $ 116.54 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

